**STATE of Missouri, Respondent,**

v.

**Rance Carlton BEST Jr., Appellant.**

No. WD 74798.

Missouri Court of Appeals, Western District.

Jan. 29, 2013.

Bryan D. Scheiderer, Keytesville, MO, for respondent.

Margaret Mueller Johnston, Columbia, MO, for appellant.

Before Division Three: CYNTHIA L. MARTIN, Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Rance Best appeals from the trial court's judgment convicting him of the class A misdemeanor of unlawful use of a weapon after a jury trial. In his sole point on appeal, Best contends that the trial court plainly erred in convicting and sentencing him because the State failed to prove an essential element of the offense, that Best used the firearm in either a negligent or unlawful manner. We affirm. Rule 30.25(b).